[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1214.]

**DIDIER ET AL., APPELLANTS, *v*. JOHNS, APPELLEE.**

**[Cite as *Didier v. Johns*, 1997-Ohio-150.]**

*Appeal dismissed as improvidently allowed.*

(No. 96-1509—Submitted June 10, 1997—Decided July 30, 1997.)

APPEAL from the Court of Appeals for Montgomery County, No. CA 15602.

————————————

*Thomas J. Manning Co., L.P.A.,* and *Thomas J. Manning; Dwight D. Brannon & Associates* and *Dwight D. Brannon*, for appellants.

*Mazanec, Raskin & Ryder Co., L.P.A., John T. McLandrich* and *Robert H. Stoffers*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————